# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | |
|---|---|
| Roberto Carlos Lopez-Garcia, et al.<br>*Plaintiff(s)*<br>v.<br>Avilez & Sons Harvesting LLC, et al.<br>*Defendant(s)* | Civil Action No. 7:26-cv-00448-M-BM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alvino Avilez Castaneda, aka and/or d/b/a Alvino Aviles Contractor
174 Cousin Fannie Road
Faison, North Carolina 28341

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron V. Jacobson
Farmworker Unit
Legal Aid of North Carolina
P.O. Box 26626
Raleigh, NC 27611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*PETER A. MOORE, JR.*
*CLERK OF COURT*

Date: November 12, 2026.

*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:26-cv-00448-M-BM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Alvino Avilez Castaneda
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| Roberto Carlos Lopez-Garcia, et al.<br>*Plaintiff(s)*<br>v.<br>Avilez & Sons Harvesting LLC, et al.<br>*Defendant(s)* | ) | Civil Action No. 7:26-cv-00448-M-BM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Avilez & Sons Harvesting LLC
c/o Registered Agent for Service
GM Multi Service Express LLC
2066 W NC 403 Hwy
Faison, North Carolina 28341

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron V. Jacobson
Farmworker Unit
Legal Aid of North Carolina
P.O. Box 26626
Raleigh, NC 27611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*PETER A. MOORE, JR.*
*CLERK OF COURT*

Date: November 12, 2026.

*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:26-cv-00448-M-BM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Avilez & Sons Harvesting LLC
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Roberto Carlos Lopez-Garcia, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 7:26-cv-00448-M-BM |
| Avilez & Sons Harvesting LLC, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Avilez Brothers Harvesting LLC
c/o Registered Agent for Service
GM Multi Service Express LLC
2066 W NC 403 Hwy
Faison, North Carolina 28341

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron V. Jacobson
Farmworker Unit
Legal Aid of North Carolina
P.O. Box 26626
Raleigh, NC 27611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*PETER A. MOORE, JR.*
*CLERK OF COURT*




Date: November 12, 2026.

Jasper Daton

*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:26-cv-00448-M-BM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Avilez Brothers Harvesting LLC
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| Roberto Carlos Lopez-Garcia, et al.<br>*Plaintiff(s)*<br>v.<br>Avilez & Sons Harvesting LLC, et al.<br>*Defendant(s)* | ) | Civil Action No. 7:26-cv-00448-M-BM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* B2 Farm Holdings, LLC
c/o Registered Agent for Service
David Chattleton
301 Hillsborough Street
Suite 120
Raleigh, North Carolina 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron V. Jacobson
Farmworker Unit
Legal Aid of North Carolina
P.O. Box 26626
Raleigh, NC 27611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*PETER A. MOORE, JR.*
*CLERK OF COURT*

UNITED STATES DISTRICT COURT — EASTERN DISTRICT OF NORTH CAROLINA

Date: November 12, 2026.

Jasper Dalton
*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:26-cv-00448-M-BM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* B2 Farm Holdings, LLC
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

Roberto Carlos Lopez-Garcia, et al.

*Plaintiff(s)*

v.

Avilez & Sons Harvesting LLC, et al.

*Defendant(s)*

Civil Action No. 7:26-cv-00448-M-BM

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Blue River Legacy Farms, LLC
c/o Registered Agent for Service
David Chattleton
301 Hillsborough Street
Suite 120
Raleigh, North Carolina 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron V. Jacobson
Farmworker Unit
Legal Aid of North Carolina
P.O. Box 26626
Raleigh, NC 27611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*PETER A. MOORE, JR.*
*CLERK OF COURT*

Date: November 12, 2026.

*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:26-cv-00448-M-BM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Blue River Legacy Farms, LLC
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | |
|---|---|
| Roberto Carlos Lopez-Garcia, et al.<br>*Plaintiff(s)*<br>v.<br>Avilez & Sons Harvesting LLC, et al.<br>*Defendant(s)* | Civil Action No. 7:26-cv-00448-M-BM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* NC Harvesting LLC
c/o Registered Agent for Service
GM Multi Service Express LLC
2066 W NC 403 Hwy
Faison, North Carolina 28341

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron V. Jacobson
Farmworker Unit
Legal Aid of North Carolina
P.O. Box 26626
Raleigh, NC 27611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*PETER A. MOORE, JR.*
*CLERK OF COURT*

Date: November 12, 2026.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NORTH CAROLINA

Jasper Dalton
*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:26-cv-00448-M-BM

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* NC Harvesting LLC
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | |
|---|---|
| Roberto Carlos Lopez-Garcia, et al.<br>*Plaintiff(s)*<br>v.<br>Avilez & Sons Harvesting LLC, et al.<br>*Defendant(s)* | Civil Action No. 7:26-cv-00448-M-BM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Omar Everardo Avilez Cruz
990 Pineview Cemetery Road
Seven Springs, North Carolina 28578

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron V. Jacobson
Farmworker Unit
Legal Aid of North Carolina
P.O. Box 26626
Raleigh, NC 27611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*PETER A. MOORE, JR.*
*CLERK OF COURT*

Date: November 12, 2026.

*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:26-cv-00448-M-BM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Omar Everardo Avilez Cruz
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________ ; or

❐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc: